■ In the Matter of ISRAEL COHEN, Appellant, v EMPIRE MUTUAL INSURANCE COMPANY, Respondent. [654 NYS2d 321] —In a proceeding pursuant to CPLR article 75 to vacate an arbitration award dated May 16, 1995, the petitioner appeals from an order of the Supreme Court, Kings County (Feinberg, J.), dated January 24, 1996, which denied the petition and granted the respondent's cross motion to dismiss the proceeding.

Ordered that the order is modified by adding a provision thereto confirming the arbitration award pursuant to CPLR 7511 (e); as so modified, the order is affirmed, without costs or disbursements.

The Supreme Court properly denied the petition to vacate the arbitration award. The award was not irrational, and the petitioner has not demonstrated any basis for vacatur (*see, Matter of Petrofsky [Allstate Ins. Co.]*, 54 NY2d 207, 210; *Matter of Bamond [Nationwide Mut. Ins. Co.]*, 75 AD2d 812, 813, *affd* 52 NY2d 957). Rosenblatt, J. P., Thompson, Santucci and Altman, JJ., concur.

■ In the Matter of COMMISSIONER OF SOCIAL SERVICES, on Behalf of RODNEY D. and Others, Respondent. MATTIE D., Appellant. [654 NYS2d 312] —In a proceeding pursuant to Family Court Act article 10, the grandmother-former kinship foster mother of three children appeals, as limited by her brief, from stated portions of three orders of the Family Court, Queens County (Gage, J.), all dated January 17, 1995 (one for each child), which denied petitions for extension of placement of the children, thereby terminating foster care payments, and released the children to the appellant's care. Justice Bracken has been substituted for the late Justice Hart (*see*, 22 NYCRR 670.1 [c]).

Ordered that the orders are affirmed insofar as appealed from, without costs or disbursements.

The Family Court did not improvidently exercise its discretion in denying an extension of placement and terminating foster care (*see*, Family Ct Act § 1055 [b] [i], [iv] [A]). Under the particular circumstances of this case, the court's determination was consistent with the best interests of the children (*see*, Family Ct Act § 1055 [b] [iv] [B]). Bracken, J. P., Miller, Altman and Krausman, JJ., concur.